# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SHETZER P. TOMER,**<br><br>Defendant. | PO-25-5040 -GF-JTJ<br>VIOLATION:<br>E2029191<br>Location Code: M13<br><br>**ORDER** |

Based upon the United States' unopposed motion to dismiss violation E2029191 and for good cause shown,

**IT IS ORDERED** that violation E2029191 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench warrant issued on February 6, 2025, is **QUASHED**.

DATED this 5th day of March, 2025.

_____
John Johnston
United States Magistrate Judge